**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | |
|---|---|
| **WETRO LAN LLC,**<br><br>　　　　**Plaintiff,**<br><br>　　v.<br><br>**EMERSON ELECTRIC CO.,**<br><br>　　　　**Defendant.** | **CIVIL ACTION NO. 2:15-cv-414**<br><br>**JURY TRIAL DEMANDED** |

**ORDER OF DISMISSAL WITH PREJUDICE**

In consideration of the Motion for Dismissal of all claims with prejudice filed by Plaintiff, Wetro Lan LLC, the Motion for Dismissal is GRANTED, and it is ORDERED, ADJUDGED AND DECREED that all claims asserted in this suit by Plaintiff, Wetro Lan LLC against Defendant, Emerson Electric Co. are hereby dismissed with prejudice.

It is further ORDERED that all attorneys' fees, expenses and costs, taxable or otherwise, are to be borne by the party that incurred them.

**SIGNED this 14th day of December, 2015.**

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　ROY S. PAYNE
　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE